IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENISE MASON,

    Plaintiff,

vs.                                    CASE NO. 5:11cv268/RS-CJK

PINNACLE HEALTH FACILITIES XXIV,
LP, d/b/a ST. ANDREW BAY SKILLED
NURSING AND REHABILITATION
CENTER,

    Defendant.
_____/

## ORDER

Before me is the Amended Joint Report Of Parties' Planning Meeting (Doc. 10).

**IT IS ORDERED:**

1. All discovery shall be completed not later than March 12, 2012.

2. Jury trial is scheduled for May 21, 2012, at 8:30 a.m. in Panama City, Florida.

3. Counsel are directed to file an amended joint report with deadlines consistent with this Order not later than October 28, 2011.

**ORDERED** on October 17, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**